UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICKI BOST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:09-CV-0555-G |
| UNIFUND CCR PARTNERS, ET AL., | ) | |
| | ) | **ECF** |
| Defendants. | ) | |

## ORDER

On this day the court considered plaintiff's motion to dismiss with prejudice (docket entry 9). The motion is **GRANTED**. This case is **DISMISSED** with prejudice. Each party will bear its own costs.

　　**SO ORDERED**.

August 26, 2009.

　　　　　　　　　　　　　　　　　　　　　　　_A. Joe Fish_
　　　　　　　　　　　　　　　　　　　　　　　A. JOE FISH
　　　　　　　　　　　　　　　　　　　　　　　**Senior United States District Judge**